# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CASE NO. 8:09CR92** |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER FOR** |
| vs. ) | **NONCUSTODIAL** |
| ) | **TRANSPORTATION** |
| **RICARDO A. FERNANDEZ,** ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Defendant's request for noncustodial transportation (Filing No. 72). The Defendant is indigent and requests noncustodial transportation from Pixley, California, to Omaha, Nebraska, for his trial scheduled for May 4, 2004, at 9:00 a.m., and to prepare for his trial with counsel. The Defendant also requests subsistence and lodging.

The motion will be granted in part and denied in part. The Marshal shall provide noncustodial transportation and subsistence under 18 U.S.C. § 4285. The request for separate lodging expenses is denied. Also, the Court advises the Defendant that he may inquire of U.S. Pretrial Services with regard to lodging at a facility such as a halfway house. 18 U.S.C. §§ 3152-3156 (Pretrial Services Act).

IT IS ORDERED:

1. The Defendant's request for noncustodial transportation (Filing No. 72) is granted in part and denied in part as follows:

   a. the U.S. Marshal shall provide noncustodial transportation from Pixley, California, to Omaha, Nebraska for Defendant to arrive **on Sunday, May 2, 2010**;

      b.      the Marshal shall furnish the Defendant with money for subsistence expenses pursuant to 18 U.S.C. § 4285;

2. The request for lodging expenses is denied; and

3. The Clerk is directed to provide a copy of this Order to the U.S. Marshal.

DATED this 29th day of April, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge