**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:09CR92** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **RICARDO A. FERNANDEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

IT IS ORDERED:

1.    The previous order for noncustodial transportation (Filing No. 75) is vacated;

       and

2.    The Clerk is directed to provide a copy of this order to the U.S. Marshal.

DATED this 30th day of April, 2010.

                          BY THE COURT:


                          s/Laurie Smith Camp
                          United States District Judge